**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No. 15-cv-00700-GPG
(**The above civil action number must appear on all future papers**
  **sent to the court in this action.  Failure to include this number**
  **may result in a delay in the consideration of your claims.**)

JOHNNY LEE,

        Applicant,

v.

LOU ARCHULETA, Warden, FCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

        Applicant Johnny Lee is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the detained at the Fremont Correctional

Facility in Cañon City, Colorado.  Applicant initiated this action by filing *pro se* an

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

        As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted document is deficient as described in this Order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    _X_    is not submitted
(2)    ___    is not on proper form (must use the Court's current form)
(3)    ___    is missing original signature by Applicant
(4)    ___    is missing affidavit
(5)    ___    affidavit is incomplete
(6)    ___    affidavit is not properly notarized
(7)    ___    names in caption do not match names in caption of complaint, petition or application
(8)    _X_    other: In the alternative Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9)    ___    is not submitted
(10)   ___    is not on proper form (must use the Court's current form)
(11)   ___    is missing an original signature by the Applicant
(12)   ___    is incomplete
(13)   ___    uses et al. instead of listing all parties in caption
(14)   ___    names in caption do not match names in text of Complaint
(15)   ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   ___    other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in filing a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.   It is

2

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 3, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge