IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00700-GPG

JOHNNY LEE,

    Applicant,

v.

LOU ARCHULETA, Warden, FCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

In response to the Court's Order to File Pre-Answer Response, Respondents have filed a Pre-Answer Response. Applicant has filed a Reply to the Pre-Answer Response. The Court has reviewed the Response and Reply and associated attachments. In order for the Court to complete initial review additional state court records are required,

Respondents, therefore, will be directed to provide to the Court the complete State Court Flat File in Case No. 01CR0745. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall submit the state court records as set forth above. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following:

    (1)    Clerk of the Court
            Pueblo County District Court
            320 W. 10th Street
            Pueblo, Colorado 81003;; and

    (2)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

Dated:  July 11, 2015

                                        BY THE COURT:

                                        <u>s/Gordon P. Gallagher       </u>
                                        United States Magistrate Judge